IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DEWAYNE HAYNES,

    Petitioner,                             No. CIV S-07-0484 LKK DAD P

    vs.

THOMAS L. CAREY, Warden,

    Respondent.                           ORDER

_____/

        By order filed March 19, 2007, this court inadvertently stated that petitioner had paid the filing fee in this action.  Although petitioner has paid the filing fee in his other habeas action (No. CIV S-06-2767 LKK DAD), petitioner has not paid the filing fee or filed a completed application to proceed in forma pauperis in this action.  Accordingly, IT IS HEREBY ORDERED that the petitioner pay the $5 filing fee or file a completed application to proceed in forma pauperis within thirty days of the date of this order.

 DATED: March 27, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hayn0484.fee