IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DEWAYNE HAYNES,

    Petitioner,               No. CIV S-07-0484 LKK DAD P

    vs.

THOMAS L. CAREY, Warden,

    Respondent.             <u>ORDER</u>

_____/

        On March 28, 2007, this court ordered petitioner to file an in forma pauperis affidavit or to pay the appropriate filing fee within thirty days. The thirty day period expired, and petitioner had not complied with order. Accordingly, on May 9, 2007, the undersigned recommended that this action be dismissed without prejudice.

        Respondent had previously been ordered to file a response to petitioner's application for a writ of habeas corpus. Given the pending findings and recommendations recommending dismissal, counsel for respondent has informally sought clarification on whether to proceed as previously ordered.

/////

/////

/////

1  Good cause appearing, IT IS HEREBY ORDERED that respondent is relieved of
2  having to respond to petitioner's application for a writ of habeas corpus absent further order of
3  the court.
4  DATED: May 17, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8  DAD:9
   hayn0484.resp