IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DEWAYNE HAYNES,

    Petitioner,                   No. CIV S-07-0484 LKK DAD P

    vs.

THOMAS L. CAREY, Warden,

    Respondent.                ORDER

_____/

        On March 28, 2007, this court ordered petitioner to pay the $5 filing fee for this action or file a completed application to proceed in forma pauperis within thirty days. The thirty day period expired and petitioner had not paid the filing fee or filed an application to proceed in forma pauperis. Accordingly, the undersigned issued findings and recommendations on May 9, 2007, recommending dismissal of this action.

        Petitioner has filed objections to those findings and recommendations, declaring under penalty of perjury that he completed and filed an in forma pauperis affidavit and submitted a "back up filing fee." Petitioner is advised that the court has not received his application or his filing fee. In the interests of justice, this court will grant petitioner a final thirty day extension of time to comply with the order filed March 28, 2007. However, the court will not vacate its

/////

1

findings and recommendations at this time.  In addition, the court will not grant any further extensions of time for this purpose.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is granted a final thirty days from the date of this order in which to pay the $5 filing fee for this action or file a completed application to proceed in forma pauperis;

2. If petitioner fails comply with this order, this court will forward the May 9, 2007 findings and recommendations to the assigned district judge; and

3. The Clerk of the Court is directed to send petitioner an Application to Proceed In Forma Pauperis By a Prisoner for use in a habeas corpus action.

DATED: June 7, 2007.

*[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hayn0484.111ifp