1

2

3

4

5

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10    MICHAEL DEWAYNE HAYNES,

11              Petitioner,                    No. CIV S-07-0484 LKK DAD P

12        vs.

13    THOMAS L. CAREY, Warden,

14              Respondent.                    <u>ORDER</u>

15    _____/

16            By order filed June 7, 2007, this court granted petitioner a final 30 days to file a

17    completed application to proceed in forma pauperis.  In compliance with the order, petitioner

18    filed a timely and complete application.  Good cause appearing, the court will vacate its May 9,

19    2007 findings and recommendations and allow the case to proceed.

20            Examination of the in forma pauperis application reveals that petitioner is unable

21    to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

22    granted.  <u>See</u> 28 U.S.C. § 1915(a).

23            Since petitioner may be entitled to relief if the claimed violation of constitutional

24    rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

25    /////

26    /////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1.  The court's May 9, 2007 findings and recommendations are vacated;

2.  Petitioner's June 11, 2007 application to proceed in forma pauperis is granted;

3.  Respondents are directed to file a response to petitioner's February 16, 2007 habeas petition within thirty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, Fed. R. Governing § 2254 Cases;

4.  If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer; and

5.  If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter.

DATED: June 18, 2007.

_Dale A. Drozd_
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hayn0484.100

2