IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DEWAYNE HAYNES,

    Petitioner,               No. CIV S-07-0484 LKK DAD P

    vs.

D.K. SISTO,

    Respondent.          ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 18, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Respondent has filed objections to the findings and recommendations. Petitioner has filed a reply.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

1  by proper analysis.

2          Accordingly, IT IS HEREBY ORDERED that:

3      1. The findings and recommendations filed October 18, 2007, are adopted in full;

4      2. Respondent's July 18, 2007 motion to dismiss the petition as barred by the

5  statute of limitations is denied; and

6      3. Respondent is directed to file an answer to petitioner's habeas petition within

7  thirty days of the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. The answer

8  shall be accompanied by all transcripts and other documents relevant to the issues presented in

9  the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases. Petitioner's reply, if any, shall be

10 filed and served within thirty days after service of the answer.

11 DATED:  December 27, 2007.

14                 LAWRENCE K. KARLTON
                SENIOR JUDGE
15                 UNITED STATES DISTRICT COURT