IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL DEWAYNE HAYNES,** | 2:07-CV-00484 LKK DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, Warden,** | |
| Respondent. | |

On January 22, 2008, Respondent requested an extension of time to file a response to Petitioner's Petition for Writ of Habeas Corpus. GOOD CAUSE appearing, IT IS HEREBY ORDERED that Respondent's response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before February 25, 2008.

DATED: January 22, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/hayn0484.111res