IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL DEWAYNE HAYNES,** | 2:07-CV-00484 LKK DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, Warden,** | |
| Respondent. | |

Respondent has requested an extension of time to file a response to Petitioner's Petition for Writ of Habeas. GOOD CAUSE appearing, IT IS HEREBY ORDERED that Respondent's response to Petitioner's Petition for Writ of Habeas corpus shall be filed on or before March 26, 2008.

DATED: February 21, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/hayn0484.111res(2)