1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9         FOR THE EASTERN DISTRICT OF CALIFORNIA
10   MICHAEL DEWAYNE HAYNES,
11         Petitioner,          No. CIV S-07-0484 LKK DAD P
12      vs.
13   THOMAS L. CAREY, Warden,
14         Respondent.          ORDER
15   _____/
16         On March 13, 2008, respondent's counsel filed a request, asking this court to file
17   and make available to counsel a copy of the transcript of the <u>Marsden</u> hearing that was part of the
18   reporter's transcript on appeal in connection with the underlying state court criminal proceedings.
19   Petitioner has referenced this <u>Marsden</u> hearing transcript in his claims seven and eight presented
20   in the federal habeas petition pending before this court. Respondent's counsel notes that the
21   California Court of Appeal has kept the transcript of the <u>Marsden</u> hearing under seal and that he
22   has attempted but failed to obtain a copy of that transcript from the California courts.
23   Respondent has also requested a twenty-one day extension of time to respond to petitioner's
24   petition for writ of habeas corpus.
25         Good cause appearing, IT IS HEREBY ORDERED that:
26   /////

1

1. Respondent's March 13, 2008 request that the court file and make available to him a copy of the transcript of petitioner's appeal on a <u>Marsden</u> motion is granted. The <u>Marsden</u> hearing transcript shall not be used for any purpose other than litigating the pending federal habeas petition;

2. The Clerk of the Court shall file under seal a copy of the February 27, 2003 transcript of petitioner's appeal on a <u>Marsden</u> motion. The Clerk shall also serve a copy of this order together with a copy of the transcript on Deputy Attorney General Justain Paul Riley; and

3. Respondent's March 13, 2008 request for an extension of time is granted. Respondent shall file a response to petitioner's petition for writ of habeas corpus within twenty-one days of being served a copy of this order and a copy of the transcript.

DATED: March 26, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
hayn0484.mars

2