1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
8 AT SACRAMENTO

9

10 MICHAEL DEWAYNE HAYNES,                    CASE NO. C07-0484JLR

11                     Petitioner,            ORDER DENYING
                                              CERTIFICATE OF
12         v.                                 APPEALABILITY

13 D.K. SISTO,

14                     Respondent.

15     This matter comes before the court for the limited purpose of granting or denying

16 a certificate of appealability under 28 U.S.C. § 2253(c).  Mr. Haynes seeks to appeal the

17 court's July 23, 2009 order denying his 28 U.S.C. § 2254 habeas corpus petition.  For the

18 reasons stated below, the court DENIES Mr. Haynes a certificate of appealibility.

19     Among the substantial changes to federal habeas corpus procedure in the

20 Antiterrorism and Effective Death Penalty Act of 1996 is a rule that a habeas petitioner

21 can appeal the denial of a 28 U.S.C. § 2254 petition only after obtaining a "certificate of

22

1 appealability." 28 U.S.C. § 2253(c). Although the statute is ambiguous, the Ninth

2 Circuit has held that a United States District Court may issue a certificate of

3 appealability. *United States v. Asrar*, 116 F.3d 1268, 1269 (9th Cir. 1997). A court may

4 issue a certificate of appealability only if the "applicant has made a substantial showing

5 of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Supreme Court has

6 elaborated that a petitioner must show that "reasonable jurists could debate whether . . .

7 the petition should have been resolved in a different manner or that the issues presented

8 were adequate to deserve encouragement to proceed further." *Slack v. McDaniel*, 529

9 U.S. 473, 484 (2000) (quotations omitted).

10      Here, Mr. Haynes has not made a substantial showing of the denial of a

11 constitutional right. The court therefore declines to grant a certificate of appealibility to

12 Mr. Haynes.

13      Dated this 1st day of February, 2010.

14

15 _____

16 JAMES L. ROBART
United States District Judge

17

18

19

20

21

22

ORDER- 2